IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:11CR24 |
| Plaintiff, ) | |
| v. ) | Judge Christopher A. Boyko |
| DONTRAVAN WILLIAMS, ) | |
| Defendant. ) | ORDER |

This matter was before the Court on July 25, 2019, for hearing on the Government's request for revocation of Defendant Dontravan Williams' supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge Jonathan D. Greenberg on June 24, 2019, at which time the Defendant Dontravan Williams admitted to the New Law Conviction. The second violation Unlawful Possession of a Firearm and Ammunition was dismissed by the Magistrate Judge. The Magistrate Judge issued a Report and Recommendation on June 25, 2019. The Court adopts the Magistrate Judge's Report and Recommendation. The Court finds Defendant in violation and revokes supervised release.

The Defendant is sentenced to custody of Bureau of Prisons (BOP) for a term of twenty four months, with credit to be given for time served in relation to this matter since June 17, 2019. No further period of supervised release to follow.

The Defendant is remanded to custody.

IT IS SO ORDERED.

DATED: July 26, 2019

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE